UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ROGELIO DAVID CAMPOS | CIVIL ACTION NO. 3:17-CV-1059 |
| VS. | JUDGE ELIZABETH E. FOOTE |
| RONNIE WALKER, ET AL | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B). All claims related to plaintiff's arrest and conviction are dismissed with prejudice to their being asserted again until the *Heck v. Humphrey* conditions are met.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this ____ day of _____, 2018.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE